# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

| | |
|---|---|
| JAMES AND TRACY WRIGHT,<br>      Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC,<br>      Defendant. | CASE NO. 3:13-cv-00749<br><br><br>Judge Todd J. Campbell<br>Magistrate Judge Juliet E. Griffin |

## STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs James and Tracy Wright ("Plaintiffs") and Defendant Trans Union, LLC ("Trans Union"), through their respective attorneys of record, as follows:

WHEREAS, documents and information have been and may be sought, produced or exhibited by and among the parties to this action relating to trade secrets, confidential research, development, technology or other proprietary information belonging to Trans Union and/or personal income, credit and other confidential information of Plaintiffs.

THEREFORE, an Order of this Court protecting such confidential information shall be and hereby is made by this Court on the following terms:

1. This Order shall govern the use, handling and disclosure of all documents, testimony or information produced or given in this action which are, in good faith, designated to be subject to this Order in accordance with the terms hereof.

2. Any party or non-party producing or filing documents or other materials in this action may designate such materials and the information contained therein subject to this Order

by typing or stamping on the front of the document, or on the portion(s) of the document for which confidential treatment is designated, "Confidential."

3. To the extent any motions, briefs, pleadings, deposition transcripts, or other papers to be filed with the Court incorporate documents or information subject to this Order, the party filing such papers shall designate such materials, or portions thereof, as "Confidential," and shall file them, after seeking leave of the Court, with the clerk under seal by electronic means; provided, however, that a copy of such filing having the confidential information deleted therefrom may be made part of the public record.

4. All documents, transcripts, or other materials subject to this Order, and all information derived therefrom (including, but not limited to, all testimony, deposition, or otherwise, that refers, reflects or otherwise discusses any information designated Confidential hereunder), shall not be used, directly or indirectly, by the parties or to those who review and/or receive documents, transcripts, or other materials subject to this Order, for any business, commercial or competitive purposes or for any purpose whatsoever other than solely for the preparation and trial of this action in accordance with the provisions of this Order.

5. Except with the prior written consent of the individual or entity asserting confidential treatment, or pursuant to prior Order after notice, any document, transcript or pleading given confidential treatment under this Order, and any information contained in, or derived from any such materials (including but not limited to, all deposition testimony that refers, reflects or otherwise discusses any information designated confidential hereunder) may not be disclosed other than in accordance with this Order and may not be disclosed to any person other than: (a) the Court and its officers; (b) parties to this litigation; (c) counsel for the parties, whether retained counsel or in-house counsel and employees or agents of counsel assigned to

assist such counsel in the preparation of this litigation; (d) fact witnesses to the extent reasonably necessary to prepare for depositions, hearings, and/or trial, and in no event shall a witness retain any Confidential Information or any copies thereof; (e) present or former employees of the producing party in connection with their depositions in this action; and (f) experts specifically retained as consultants or expert witnesses in connection with this litigation.

6. Documents produced pursuant to this Order shall not be made available to any person designated in Subparagraphs 5(d) and (f) unless he or she shall have first read this Order, agreed to be bound by its terms, and signed the attached Declaration of Compliance.

7. All persons receiving any or all documents produced pursuant to this Order shall be advised of their confidential nature. All persons to whom confidential information and/or documents are disclosed are hereby enjoined from disclosing same to any person except as provided herein, and are further enjoined from using same except in the preparation for and trial of the above-captioned action between the named parties thereto. No person receiving or reviewing such confidential documents, information or transcript shall disseminate or disclose them to any person other than those described above in Paragraph 5 and for the purposes specified, and in no event shall such person make any other use of such document or transcript.

8. Nothing in this Order shall prevent a party from using at trial any information or materials designated "Confidential."

9. This Order has been agreed to by the parties to facilitate discovery and the production of relevant evidence in this action. Neither the entry of this Order, nor the designation of any information, document, or the like as "Confidential," nor the failure to make such designation, shall constitute evidence with respect to any issue in this action.

10. After the final termination of this litigation, and upon request by the producing party, all documents, transcripts, or other materials afforded confidential treatment pursuant to this Order, including any extracts, summaries or compilations taken therefrom, shall be returned to the producing party and/or destroyed.

11. In the event that any party to this litigation disagrees at any point in these proceedings with any designation made under this Protective Order, the parties shall first try to resolve such dispute in good faith on an informal basis. If the dispute cannot be resolved, the party seeking disclosure of the disputed information shall state in writing to the party seeking the confidential designation that the dispute cannot be resolved and the reasons the party seeking disclosure opposes the confidential designation. The party seeking the designation may seek appropriate relief from this Court at any point up to 21 days after it receives such written notice. During the pendency of any challenge to the designation of a document or information, the designated document or information shall continue to be treated as "Confidential" subject to the provisions of this Protective Order.

12. Nothing herein shall affect or restrict the rights of any party with respect to its own documents or to the information obtained or developed independently of documents, transcripts and materials afforded confidential treatment pursuant to this Order.

Respectfully submitted,

| | |
|---|---|
| Dated: February 3, 2014 | Dated: February 3, 2014 |
| *s/Martin D. Holmes (w/consent)* | *s/ Breanne J. Strubinger* |
| Martin D. Holmes, Esq. (# 012122) | Laura K. Rang, Esq. (IN #26238-49-A) |
| Dickinson Wright PLLC | (Admitted *Pro Hac Vice*) |
| 424 Church Street, Suite 1401 | Breanne J. Strubinger, Esq (IN #25823-64) |
| Nashville, TN 37219-2392 | (Admitted *Pro Hac Vice*) |
| Telephone: 615-620-1717 | Schuckit & Associates, P.C. |
| E-Mail: MDHolmes@dickinsonwright.com | 4545 Northwestern Drive |
| | Zionsville, IN 46077 |
| Sylvia Goldsmith, Esq. (OH #0064871) | Telephone: 317-363-2400 |
| (Admitted *Pro Hac Vice*) | E-Mail: lrang@schuckitlaw.com |
| Law Offices of Sylvia A. Goldsmith | bstrubinger@schuckitlaw.com |
| Park West Building | |
| 20545 Center Ridge Road, Suite 120 | *Lead Counsel for Defendant Trans Union, LLC* |
| Rocky River, OH 44116 | |
| Telephone: 440-934-3025 | |
| E-Mail: sgoldsmith@sgoldsmithlawoffice.com | Robert D. Pinson, Esq. (TN #022976) |
| | David M. Anthony, Esq. (TN #019951) |
| *Counsel for Plaintiffs James & Tracy Wright* | Bone McAllester Norton PLLC |
| | 511 Union Street, Suite 1600 |
| | Nashville, TN 37219 |
| | Telephone: (615) 238-6315 |
| | Fax: (615) 687-6997 |
| | E-Mail: rpinson@bonelaw.com |
| | danthony@bonelaw.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |

IT IS SO ORDERED.

Dated: _____  _____
JUDGE, UNITED STATES DISTRICT
COURT, MIDDLE DISTRICT OF
TENNESSEE (NASHVILLE)

# EXHIBIT A – DECLARATION OF COMPLIANCE

I, _____ , declare as follows:

1. My address is _____ .

2. My present employer is_____ .

3. My present occupation or job description is_____ .

4. I have received a copy of the Stipulated Protective Order entered in this action on _____, 2014.

5. I have carefully read and understand the provisions of this Stipulated Protective Order.

6. I will comply with all provisions of this Stipulated Protective Order.

7. I will hold in confidence, and will not disclose to anyone not qualified under the Stipulated Protective Order, any information, documents or other materials produced subject to this Stipulated Protective Order.

8. I will use such information, documents or other materials produced subject to this Stipulated Protective Order only for purposes of this present action.

9. Upon termination of this action, or upon request, I will return and deliver all information, documents or other materials produced subject to this Stipulated Protective Order, and all documents or things which I have prepared relating thereto, which documents are the subject of the Stipulated Protective Order, to my counsel in this action, or to counsel for the party by whom I am employed or retained or from whom I received the documents.

10. I hereby submit to the jurisdiction of this Court for the purposes of enforcing the Stipulated Protective Order in this Action.

I declare under penalty of perjury under the laws of the United States that the following is true and correct.

Executed this ____ day of _____ , 2014 at _____ .

QUALIFIED PERSON

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of February, 2014**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Martin D. Holmes, Esq. | Sylvia Goldsmith, Esq. |
| mdholmes@dickinsonwright.com | sgoldsmith@sgoldsmithlawoffice.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of February, 2014**, properly addressed as follows:

| None. | |

*s/ Breanne J. Strubinger*
Laura K. Rang, Esq. (IN #26238-49-A)
(Admitted *Pro Hac Vice*)
Breanne J. Strubinger, Esq. (IN #25823-64)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: lrang@schuckitlaw.com
bstrubinger@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*