IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES AND TRACY WRIGHT )
) No. 3-13-0749
v. )
)
TRANS UNION, LLC )

O R D E R

In accord with the orders entered September 25, 2013 (Docket Entry Nos. 23 and 25), the deadline for filing any dispositive motion was April 25, 2014. No dispositive motion has been filed.

Counsel for the parties shall convene a telephone conference call on **Friday, May 16, 2014, at 11:00 a.m.,** to be initiated by plaintiffs' counsel, to address the potential for settlement, propriety of ADR, and any other matters to be addressed by the Magistrate Judge prior to the September 15, 2014, pretrial conference, and September 23, 2014, trial.

If this date and time present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge