IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES AND TRACY WRIGHT )
) No. 3-13-0749
v. )
)
TRANS UNION, LLC )

O R D E R

By order entered May 5, 2014 (Docket Entry No. 32), a telephone conference call with counsel for the parties and the Court was scheduled on May 16, 2014. Although the Court was not available at the scheduled time, counsel advised the Courtroom Deputy for the Magistrate Judge that they had reached a settlement in this case.

The parties shall have until June 16, 2014, to file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the parties' agreed order of dismissal to be filed by June 16, 2014.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered October 17, 2013 (Docket Entry No. 26), the pretrial conference and trial were scheduled on September 15, 2014, and September 23, 2014, respectively.