IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES AND TRACY WRIGHT | ) |
| | ) |
| v. | ) NO. 3-13-0749 |
| | ) JUDGE CAMPBELL |
| TRANS UNION, LLC | ) |

ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Docket No. 34), indicating that the matters herein between them have been compromised and settled. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for September 15, 2014, and the jury trial set for September 23, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE